# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE: | CASE NO. |
|---|---|
| KIM JUNG STUBBLEFIELD, | CHAPTER 7 |
| Debtor. | |

## UNSWORN DECLARATION REGARDING PAY ADVICES

☐  I, **Kim Jung Stubblefield**, do hereby declare under the penalty of perjury that I did not receive pay advices or other evidence of payment from an employer during the time period extending from _____, 20\_\_\_\_, through _____, 20\_\_\_\_, inclusive.

X  I, **Kim Jung Stubblefield**, do hereby declare under the penalty of perjury that I did not receive any wages or pay from an employer during the 60 days immediately prior to the date of the filing of the petition in the instant case.

Dated: 6/10/2021

Signed: _/s/ Kim Jung Stubblefield_

Kim Jung Stubblefield

Doc ID: adbf4428c39fadbd1c1336e375ed42e15bc56172