UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Kim Jung Stubblefield**<br>2885 Victoria Park Drive<br>Buford, GA 30519<br><br>xxx−xx−1252 | Case No.: **21−54548−pwb**<br>Chapter: **7**<br>Judge: **Paul W. Bonapfel** |

### NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **10/25/21**

Government proof of claim: **12/12/21**

File with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: July 26, 2021

Form ntcpoc

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 21-54548-pwb

Kim Jung Stubblefield  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9  User: avilesj  Page 1 of 2
Date Rcvd: Jul 26, 2021  Form ID: ntcpoc  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Jung Stubblefield, 2885 Victoria Park Drive, Buford, GA 30519-4171 |
| 23515222 | + | Rooms To Go, 2925 Buford Drive, Ste A, Buford, GA 30519-5115 |
| 23515223 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BSGHAYS.COM | Jul 26 2021 23:53:00 | S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305-4909 |
| cr | + | EDI: RMSC.COM | Jul 26 2021 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23515216 | | EDI: GADEPTOFREV.COM | Jul 26 2021 23:53:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 23515217 | | EDI: IRS.COM | Jul 26 2021 23:53:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 23515218 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 26 2021 19:57:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 23515219 | + | EDI: MID8.COM | Jul 26 2021 23:53:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 23515220 | | EDI: PRA.COM | Jul 26 2021 23:53:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 23516260 | + | EDI: RECOVERYCORP.COM | Jul 26 2021 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23515221 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 20:00:12 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 23515224 | + | EDI: USBANKARS.COM | Jul 26 2021 23:53:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 23516797 | | Email/Text: usagan.bk@usdoj.gov | Jul 26 2021 19:57:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 113E-9 User: avilesj Page 2 of 2
Date Rcvd: Jul 26, 2021 Form ID: ntcpoc Total Noticed: 14

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Kim Jung Stubblefield cwatlantabk@gmail.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 3