UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

Chapter:    7
Case No:    2154548

In re:    KIM JUNG STUBBLEFIELD

Account Number:  2744

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 5 filed on or about 10/15/2021 in the amount of $2,504.74 .

On this 10/18/2021.


By:    /s/ Ciara M. Lawton
       Ciara M. Lawton, Bankruptcy Representative
       PRA Receivables Management, LLC.
       POB 41067
       Norfolk, VA 23541
       E-mail: Bankruptcy_Info@portfoliorecovery.com