# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 21-54548-PWB

**Case Name:** KIM JUNG STUBBLEFIELD

**For Period Ending:** 06/30/2024

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 06/15/2021 (f)

**§ 341(a) Meeting Date:** 07/15/2021

**Claims Bar Date:** 10/25/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2004 Toyota Sequioa, 130000 miles<br>Notice of abandonment filed, Dkt # 12 | 3,475.00 | 0.00 | OA | 0.00 | FA |
| 2 | 5 BR, LR, DR, W/D, All kitchen appliances | 3,500.00 | 0.00 | | 0.00 | FA |
| 3 | Bedroom and living room set | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | 5 TV, Cellphone, Desktop, Laptop, Tablet, Playstation | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Painting Equipment | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing and Shoes | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding set, Anniversary Ring, Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 1 Dog<br>Notice of abandonment filed, Dkt # 12 | 100.00 | 0.00 | OA | 0.00 | FA |
| 9 | Cash | 30.00 | 0.00 | | 0.00 | FA |
| 10 | Savings: USAA | 5,005.50 | 0.00 | | 0.00 | FA |
| 11 | Checking: USAA | 5.00 | 0.00 | | 0.00 | FA |
| 12 | Checking: SunTrust | 521.50 | 0.00 | | 0.00 | FA |
| 13 | One-Half Interest - 2885 Victoria Park Drive, Buford, GA 30519 (u)<br>Ownership not disclosed. Based on Zillow value. Mortgage and cost of sale listed at one-half value. Also see Asset # 14. | 192,400.00 | 116,856.00 | | 0.00 | 192,400.00 |
| 14 | Adversary Proceeding #: 23-05161-pwb (u)<br>See Asset # 13. Complaint filed for approval of sale of property of estate and of a co-owner - 363(h) and Recovery of money/property - 542 turnover of property. | 1.00 | 1.00 | | 0.00 | 1.00 |
| 14 | **Assets    Totals**    (Excluding unknown values) | **$208,688.00** | **$116,857.00** | | **$0.00** | **$192,401.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 21-54548-PWB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** KIM JUNG STUBBLEFIELD | **Date Filed (f) or Converted (c):** 06/15/2021 (f) |
| | **§ 341(a) Meeting Date:** 07/15/2021 |
| **For Period Ending:** 06/30/2024 | **Claims Bar Date:** 10/25/2021 |

**Major Activities Affecting Case Closing:**

7/23/21  Request Claims Bar Date be set; Filed Notice of Abandonment of 2004 Toyota Sequoia & Dog.

10/20/21 - $18,425.11 in filed unsecured claims.

1/1/22 - Trustee and Debtor were in negotiations to sell the Debtor's interest in the real property located at 2885 Victoria Park Drive, Buford, GA to the Debtor and her husband.

6/30/22 - Debtor has stopped communicating with her attorney. Trustee intends to file complaint and pursue the sale of the real property.

2/2/22 - Notice of bankruptcy filed in real property records.

9/13/22 - RLKG employed as substitute counsel.

9/21/23 - Trustee and Debtor were in negotiations to sell the Debtor's interest in the unscheduled real property located at 2885 Victoria Park Drive, Buford, GA to the Debtor and her non-filing husband.  The bankruptcy estate's interest in the property exceeds $100k and filed unsecured claims total $18,425.11. Debtor stopped communicating with her attorney. Trustee's counsel is preparing Section 363(h) complaint against the co-owners.

10/10/2023 - Complaint filed against co-owner (John Stubblefield) of property for approval of sale of property of estate and of a co-owner - 363(h) and Recovery of money/property - 542 turnover of property.

6/20/2024 - Trustee is discussing settlement based on filed claims.

**Initial Projected Date Of Final Report (TFR):**    12/31/2023          **Current Projected Date Of Final Report (TFR):**    12/31/2024