**IT IS ORDERED as set forth below:**



**Date: April 11, 2025**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-54548-PWB |
| | : | |
| KIM JUNG STUBBLEFIELD, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING APPLICATION TO EMPLOY
AUCTIONEER, SUBJECT TO OBJECTION**

On April 10, 2025, S. Gregory Hays, as Chapter 7 Trustee ("**Applicant**") for the bankruptcy estate (the "**Estate**") of Kim Jun Stubblefield (the "**Debtor**"), filed an *Application to Employ Auctioneer* [Doc. No. 32] (the "**Application**"), seeking authority to employ Scott Schwartz and the firm of Bullseye Auction & Appraisal, LLC ("**Bullseye**") as his auctioneer to evaluate and auction real property located at 2885 Victoria Park Drive, Buford, Georgia (the "**Property**").

No notice or hearing on the Application is necessary. Based upon the verified statement included with the Application, it appears that: (a) Bullseye does not represent any interest adverse to the Estate and is disinterested as that term is defined in 11 U.S.C. §101(14); and (b) this case justifies employment of professionals for the purpose specified.

Subject to objection filed by the United States Trustee, the Debtor, or any other party in interest within twenty-one (21) days from the date of entry of this Order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014 and 5002, the employment of Bullseye to represent the Trustee and the Estate with respect to the Property, as set forth in the Application, is hereby approved.

2. No compensation shall be paid to Bullseye until the Court has allowed such compensation in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the United States Trustee, counsel for Debtor, and all other parties in interest.

Any objection to this Order shall be served on the United States Trustee, the Trustee, and Debtor. If an objection is timely filed, the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open calendar procedures, and shall provide notice of such hearing to the Debtor, the United States Trustee, and the objecting party.

**[END OF DOCUMENT]**

Order prepared and presented by:

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

# DISTRIBUTION LIST

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

S. Gregory Hays
PO Box 1284
Decatur, GA 30031

E. L. Clark
Clark & Washington, LLC
Bldg 3
3300 Northeast Expressway
Atlanta, GA 30341

Kim Jung Stubblefield
2885 Victoria Park Drive
Buford, GA 30519

Scott Kenneth Schwartz
Bullseye Auction & Appraisal, LLC
6470 East Johns Crossing, Ste. 160
Johns Creek, GA 30097